```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

MOHAMMED MIKOU,                  )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    No.  07 C 1554
                                 )
RUTH A. DOROCHOFF, etc.,         )
                                 )
          Defendant.             )

## MEMORANDUM ORDER

At yesterday's status hearing in this matter, Assistant United States Attorney Jonathan Haile stated that the government had previously served mandamus petitioner Mohammed Mikou ("Mikou") with its Notice of Intent To Deny Petition for Alien Relative ("Notice").  Because this Court had not previously seen the Notice and AUSA Haile also advised that Mikou had been given a 60-day time frame within which to respond, this Court simply set the matter over to a further status hearing date of 9 a.m. June 25, 2007.

In the interim, however, this Court (having just returned from a 10-day period when it was out of the country) has been going through the large volume of paperwork that had accumulated during its absence, and it has found that the paper blizzard did include a copy of AUSA Haile's April 12, 2007 letter to Mikou's counsel, enclosing a copy of the Notice.  In light of the Notice's contents, the retention of this case as a pending action is really not called for.  Mikou's counsel seeks the

extraordinary remedy of mandamus here, and the Notice and the reasons for denial asserted there by the government make it plain that such extraordinary relief--which requires a showing of a clear entitlement to relief--cannot be sustained.[1]  Accordingly both the Complaint and this action are dismissed.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 27, 2007

---

[1] It should be emphasized that this Court expresses no view as to the appropriate substantive resolution of the parties' dispute on the merits.  It is rather than Mikou clearly does not meet the heavy burden that is imposed on a party seeking relief via mandamus.

2